DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW PAUL MORRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3334

[May 16, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 47-2009-CF-000585 A.

Matthew Paul Morris, DeFuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***